NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30538
21-OCT-2010
08:24 AM

NO. 30538

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
MEGARAI EANGO, aka David Naga, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CRIMINAL NO. 08-1-0331)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Reifurth, J., for the court[1/])

Upon consideration of the Stipulation for Dismissal of Appeal filed by Defendant-Appellant Megarai Eango, aka David Naga (Appellant), on October 19, 2010, it appears that: (1) Appellant understands the consequences of dismissing the appeal; and (2) the dismissal is voluntary. Therefore,

IT IS HEREBY ORDERED that the stipulation is approved and this appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(c).

DATED: Honolulu, Hawai'i, October 21, 2010.

Lawrence M Reifurth
Associate Judge

---

[1/] Considered by Fujise, Presiding Judge, Reifurth and Ginoza, JJ.